RECEIVED
MAR 15 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD D. BACA (#32038-051) | DOCKET NO. 12-CV-2807; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| USA | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's §2241 application be **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 15th day of March, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT